1  David N. Lake, Esq., State Bar No. 180775
**LAW OFFICES OF DAVID N. LAKE,**
2  **A Professional Corporation**
16130 Ventura Boulevard, Suite 650
3  Encino, California 91436
Telephone: (818) 788-5100
4  Facsimile: (818) 788-5199
david@lakelawpc.com
5

6  Attorneys for Plaintiffs

7

8              **UNITED STATES DISTRICT COURT**

9           **NORTHERN DISTRICT OF CALIFORNIA**

10

11  DONALD SILVERSTRI, DAWN
KEER, KIMBERLY MANCELLA,
12  JILL SILVERMAN STRELZIN, and
CHRISTOPHER LEMOLE, on behalf
13  of themselves and all others similarly
situated,
14

15              Plaintiffs,

16       v.

17  FACEBOOK, INC., a Delaware
corporation,
18

19              Defendant.

20

| **CASE NO.:  C10-00429 JF** |
| **NOTICE OF RELATED CASES** |
| **[LOCAL RULE 3-12]** |

21

22

23

24

25

26

27

28

1    **TO THE COURT AND ALL PARTIES AND THEIR COUNSEL:**

2         **PLEASE TAKE NOTICE** that pursuant to Local Rule 3-12, notice is hereby

3    given that the following cases pending in the Northern District of California are

4    related:

5         1)         Lane, et al. v. Facebook, et al., Case No. C08-CV-3845 assigned

6                    to the Honorable James Ware; and

7         2)         Markowitz, et al. v. Facebook, Inc., Case No. C10-00430 JF.

8    These actions, along with the current one, although the classes are different, concern

9    common legal issues involving Facebook.  The Lane matter involves discrete

10   privacy issues from an earlier time.

11

12   DATED: February 1, 2010                    LAW OFFICES OF DAVID N. LAKE

13

14                                              By: _____/s/_____
                                                    DAVID N. LAKE
15                                                  Attorneys for Plaintiffs

16   **Of Counsel**:
     Brian M. Felgoise, Esq.
17   **FELGOISE LAW FIRM**
18   261 Old York Rd. Suite 423
     Jenkintown, PA 19001-2616
19   215-985-0500
20   215-985-0850 (Fax)
     Felgoiselaw@verizon.net
21

22

23

24

25

26

27

28