1 | COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2 | MATTHEW D. BROWN (196972) (brownmd@cooley.com)
101 California Street
3 | 5th Floor
San Francisco, CA  94111-5800
4 | Telephone:   (415) 693-2000
Fax:               (415) 693-2222
5 |
Attorneys for Defendant
6 | FACEBOOK, INC.

7 | DAVID N. LAKE (180775) (David@lakelawpc.com)
16130 Ventura Boulevard, Suite 650
8 | Encino, California 91436
Telephone:   (818) 788-5100
9 | Fax:               (818) 788-5199

10 | Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONALD SILVERSTRI, DAWN KEER, KIMBERLY MANCELLA, JILL SILVERMAN STRELZIN, and CHRISTOPHER LEMOLE, on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.<br><br>Defendant. | Case No.  C10-cv-00429 (JF) |
| ERIC MARKOWITZ, FRANK BLUEMENTHAL, LAUREN REESE, and BILLY STERNBERG, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No.  C10-cv-00430 (JF)<br><br>**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES AND PERMITTING FILING OF CONSOLIDATED COMPLAINT** |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1162289 v1/SF                1.

**STIPULATION AND [PROPOSED] ORDER
CONSOLIDATING CASES FOR ALL PURPOSES
C10-CV-00429 (JF); C10-CV-00430 (JF)**

This Stipulation is entered into by and among plaintiffs Donald Silverstri, Dawn Keer, Kimberly Mancella, Jill Silverman Strelzin, Christopher LeMole, Eric Markowitz, Frank Bluementhal, Lauren Reese, and Billy Sternberg (collectively, the "Plaintiffs"), and defendant Facebook, Inc. ("Defendant") by and through their respective counsel;

WHEREAS, the *Silverstri* complaint was filed on January 29, 2010;

WHEREAS, the *Markowitz* complaint was filed on January 29, 2010;

WHEREAS, counsel for Defendant has duly accepted service of the Summonses and Complaints;

WHEREAS, counsel for the parties have conferred, and the parties are in agreement that the *Markowitz* action should be consolidated with the *Silverstri* action for all purposes because the cases involve similar complaints and common questions of law or fact, and because consolidation would advance the interests of judicial economy; and

WHEREAS, the parties seek to agree upon a schedule for the filing of a consolidated complaint;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiffs and Defendant, that:

1. The following actions are related cases within the meaning of Local Civil Rule 3-12(a):

   a. *Donald Silverstri, et al. v. Facebook, Inc., a Delaware corporation*, Case No. C10-cv-00429 (JF); and

   b. *Eric Markowitz, et al. v. Facebook, Inc., a Delaware corporation*, Case No. C10-cv-00430 (JF).

2. Pursuant to Federal Rule of Civil Procedure 42(a), the above-captioned actions are hereby consolidated for all purposes into one action.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1162289 v1/SF

2.

STIPULATION AND [PROPOSED] ORDER
CONSOLIDATING CASES FOR ALL PURPOSES
C10-CV-00429 (JF) ; C10-CV-00430 (JF)

3. These actions shall be referred to herein as the "Consolidated Actions." The Master Docket and Master File for the Consolidated Actions shall be Civil Action No. C10-cv-00429 (JF).

4. Every pleading in this Consolidated Action shall bear the following caption:

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

_____
                                              )
IN RE FACEBOOK CONSUMER PRIVACY LITIGATION    ) Case No. C10-cv-00429 (JF)
_____)

All orders, pleadings, motions and other documents shall, when filed and docketed in the Master file, be deemed filed and docketed in each individual case to the extent applicable.

5. The Court hereby appoints Paskowitz & Associates and the Felgoise Law Firm as Co-Lead Counsel.

6. All subsequently-filed class or individual actions against the Defendant alleging the same or similar claims as alleged in the complaints in these actions shall be consolidated under the case *In re FACEBOOK CONSUMER PRIVACY LITIGATION*, Case No. C10-cv-00429 (JF).

7. The Plaintiffs shall file a Consolidated Complaint on or before March 9, 2010. Defendant shall respond to the Consolidated Complaint on or before April 9, 2010. Defendant has no obligation to respond to the current Complaints.

This stipulation is without prejudice to any other rights that any party may have.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1162289 v1/SF        3.        STIPULATION AND [PROPOSED] ORDER
CONSOLIDATING CASES FOR ALL PURPOSES
C10-CV-00429 (JF) ; C10-CV-00430 (JF)

| | | |
|---|---|---|
| 1 | Dated: February 4, 2010 | |
| 2 | LAW OFFICES OF DAVID N. LAKE | COOLEY GODWARD KRONISH LLP |

___/s/__ *David N. Lake*_____  
David N. Lake (180775)  
Attorneys for Plaintiffs DONALD SILVERSTRI, DAWN KEER, KIMBERLY MANCELLA, JILL SILVERMAN STRELZIN, CHRISTOPHER LEMOLE, ERIC MARKOWITZ, FRANK BLUEMENTHAL, LAUREN REESE, AND BILLY STERNBERG

_____/s/ *Matthew D. Brown*_____  
Matthew D. Brown (196972)  
Attorneys for Defendant  
FACEBOOK, INC.

DAVID N. LAKE (180775)  
(David@lakelawpc.com)  
16130 Ventura Boulevard, Suite 650  
Encino, California 91436  
Telephone: (818) 788-5100  
Fax: (818) 788-5199  

LAURENCE D. PASKOWITZ  
ROY L. JACOBS  
ANGELICA KONTOROFF  
PASKOWITZ & ASSOCIATES  
60 East 42nd Street, 46th Floor  
New York, NY 10165  
Telephone: 212-685-0969  
Fax: 212-685-2306  
Classattorney@aol.com  

and  

BRIAN M. FELGOISE  
FELGOISE LAW FIRM  
261 Old York Rd. Suite 423  
Jenkintown, PA 19001-2616  
Telephone: 215-985-0500  
Fax: 215-985-0850  
Felgoiselaw@verizon.net  

Co-Lead Counsel for Plaintiffs

COOLEY GODWARD KRONISH LLP  
MICHAEL G. RHODES (116127)  
(rhodesmg@cooley.com)  
MATTHEW D. BROWN (196972)  
(brownmd@cooley.com)  
101 California Street  
5th Floor  
San Francisco, CA 94111-5800  
Telephone:   (415) 693-2000  
Fax:         (415) 693-2222  

Attorneys for Defendant  
FACEBOOK, INC.

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1162289 v1/SF

4.

**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES**
C10-CV-00429 (JF) ; C10-CV-00430 (JF)

# [PROPOSED] ORDER

The above stipulation having been considered and good cause appearing therefore,

**IT IS SO ORDERED.**

DATED:_____

_____
The Honorable Jeremy Fogel
UNITED STATES DISTRICT JUDGE

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1162289 v1/SF

5.

**STIPULATION AND [PROPOSED] ORDER
CONSOLIDATING CASES FOR ALL PURPOSES
C10-CV-00429 (JF) ; C10-CV-00430 (JF)**

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation and [Proposed] Order Consolidating Cases for All Purposes and Permitting Filing of Consolidated Complaint.

Dated: February 4, 2010     COOLEY GODWARD KRONISH LLP

By: _____/s/ *Matthew D. Brown*_____
         Matthew D. Brown

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1162289 v1/SF        6.        STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES
C10-CV-00429 (JF) ; C10-CV-00430 (JF)