UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE FACEBOOK CONSUMER PRIVACY LITIGATION, | Case No. CV-10-430-JF<br><br>ORDER ADMINISTRATIVELY CLOSING CONSOLIDATED ACTION |

On February 17, 2010 the above entitled matter was consolidated with case number CV-10-429-JF. At that time, the Court deemed case number CV-10-429-JF the lead case. In light of the consolidation, the clerk shall administratively close the following case: CV-10-430-JF.

IT IS SO ORDERED.

Dated: March 3, 2010

JEREMY FOGEL
United States District Judge