COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
MATTHEW D. BROWN (196972) (brownmd@cooley.com)
101 California Street
5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Fax: (415) 693-2222

Attorneys for Defendant
FACEBOOK, INC.

DAVID N. LAKE (180775) (David@lakelawpc.com)
LAW OFFICES OF DAVID N. LAKE
16130 Ventura Boulevard, Suite 650
Encino, California 91436
Telephone: (818) 788-5100
Fax: (818) 788-5199

Attorney for Plaintiffs

\*\*E-Filed 3/15/2010\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE FACEBOOK CONSUMER PRIVACY LITIGATION | Case No. C10-cv-00429 (JF)<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER EXTENDING PLAINTIFFS' TIME TO FILE CONSOLIDATED COMPLAINT AND DEFENDANT'S TIME TO ANSWER OR MOVE** |

This Stipulation is entered into by and among plaintiffs Donald Silverstri, Dawn Keer, Kimberly Mancella, Jill Silverman Strelzin, Christopher LeMole, Eric Markowitz, Frank Bluementhal, Lauren Reese, and Billy Sternberg (collectively, the "Plaintiffs"), and defendant Facebook, Inc. ("Defendant" and together with Plaintiffs, the "Parties") by and through their respective counsel;

WHEREAS, the complaint in *Silverstri v. Facebook, Inc.*, case no. C10-cv-00429 (JF), was filed on January 29, 2010;

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

**STIPULATION AND [PROPOSED] ORDER RE TIME FOR CONSOLIDATED COMPLAINT AND ANSWER
C10-CV-00429 (JF)**

WHEREAS, the complaint in *Markowitz v. Facebook*, case no. C10-cv-00430 (JF), was filed on January 29, 2010;

WHEREAS, on February 4, 2010, the Parties stipulated (a) that the *Silverstri* and *Markowitz* actions are related cases within the meaning of Local Civil Rule 3-12(a), (b) that under Federal Rule of Civil Procedure 42(a), the cases are consolidated for all purposes into one action, (c) that Plaintiffs shall file a Consolidated Complaint on or before March 9, 2010, and (d) that Defendant shall respond to the Consolidated Complaint on or before April 9, 2010 (the "Stipulation and Proposed Order");

WHEREAS, on February 11, 2010, the Court so ordered the Stipulation and Proposed Order;

WHEREAS, the Parties are meeting and conferring and engaging in ongoing settlement discussions; and

WHEREAS, the Parties agree that it is in the best interests of the Parties and would conserve time and resources, including those of the Court, if the time for Plaintiffs to file a consolidated complaint is extended;

WHEREAS, there have been no scheduling or case management orders entered in this case, and therefore the requested time modification would have no effect on any such case schedule;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiffs and Defendant, that:

1. The time for Plaintiffs to file a Consolidated Complaint is hereby extended to April 27, 2010; and

2. The time for Defendant to answer or move with respect to the Consolidated Complaint is hereby extended to May 27, 2010.

This stipulation is without prejudice to any other rights that any party may have.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

STIPULATION AND [PROPOSED] ORDER RE TIME
FOR CONSOLIDATED COMPLAINT AND ANSWER
C10-CV-00429 (JF)

| | |
|---|---|
| Dated: March 5, 2010 | |
| LAW OFFICES OF DAVID N. LAKE | COOLEY GODWARD KRONISH LLP |
| /s/ David N. Lake | /s/ Matthew D. Brown |
| David N. Lake (180775) | Matthew D. Brown (196972) |
| Attorney for Plaintiffs DONALD SILVERSTRI, DAWN KEER, KIMBERLY MANCELLA, JILL SILVERMAN STRELZIN, CHRISTOPHER LEMOLE, ERIC MARKOWITZ, FRANK BLUEMENTHAL, LAUREN REESE, AND BILLY STERNBERG | COOLEY GODWARD KRONISH LLP MICHAEL G. RHODES (116127) (rhodesmg@cooley.com) MATTHEW D. BROWN (196972) (brownmd@cooley.com) 101 California Street 5th Floor San Francisco, CA 94111-5800 Telephone: (415) 693-2000 Fax: (415) 693-2222 |
| DAVID N. LAKE (180775) (David@lakelawpc.com) LAW OFFICES OF DAVID N. LAKE 16130 Ventura Boulevard, Suite 650 Encino, California 91436 Telephone: (818) 788-5100 Fax: (818) 788-5199 | Attorneys for Defendant FACEBOOK, INC. |
| Local Counsel for Plaintiffs | |
| LAURENCE D. PASKOWITZ ROY L. JACOBS ANGELICA KONTOROFF PASKOWITZ & ASSOCIATES 60 East 42nd Street, 46th Floor New York, NY 10165 Telephone: 212-685-0969 Fax: 212-685-2306 Classattorney@aol.com | |
| and | |
| BRIAN M. FELGOISE FELGOISE LAW FIRM 261 Old York Rd. Suite 423 Jenkintown, PA 19001-2616 Telephone: 215-985-0500 Fax: 215-985-0850 Felgoiselaw@verizon.net | |
| Co-Lead Counsel for Plaintiffs | |

# [PROPOSED] ORDER

The above stipulation having been considered and good cause appearing therefore,

**IT IS SO ORDERED.**

DATED: 3/15/2010

_____
The Honorable Jeremy Fogel
UNITED STATES DISTRICT JUDGE

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4.

**STIPULATION AND [PROPOSED] ORDER RE TIME FOR CONSOLIDATED COMPLAINT AND ANSWER**
**C10-CV-00429 (JF)**

# **FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation and [Proposed] Order Extending Plaintiffs' Time to File Consolidated Complaint and Defendant's Time to Answer or Move.

Dated: March 5, 2010  COOLEY GODWARD KRONISH LLP

By: /s/ Matthew D. Brown
Matthew D. Brown

1166004 v1/SF

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5.

**STIPULATION AND [PROPOSED] ORDER RE TIME
FOR CONSOLIDATED COMPLAINT AND ANSWER
C10-CV-00429 (JF)**