COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
MATTHEW D. BROWN (196972) (brownmd@cooley.com)
101 California Street
5th Floor
San Francisco, CA  94111-5800
Telephone:    (415) 693-2000
Fax:              (415) 693-2222

Attorneys for Defendant
FACEBOOK, INC.

DAVID N. LAKE (180775) (David@lakelawpc.com)
16130 Ventura Boulevard, Suite 650
Encino, CA  91436
Telephone:    (818) 788-5100
Fax:              (818) 788-5199

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE FACEBOOK CONSUMER PRIVACY LITIGATION | Case No.  C10-cv-00429 (JF)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO FILE THE COMPLAINT, DEFENDANT'S TIME TO ANSWER OR MOVE, AND PARTIES' TIME TO COMPLY WITH THE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |

This Stipulation is entered into by and among plaintiffs Donald Silverstri, Dawn Keer, Kimberly Mancella, Jill Silverman Strelzin, Christopher LeMole, Eric Markowitz, Frank Bluementhal, Lauren Reese, and Billy Sternberg (collectively, the "Plaintiffs"), and defendant Facebook, Inc. ("Defendant") by and through their respective counsel;

WHEREAS, the *Silverstri* complaint was filed on January 29, 2010;

WHEREAS, the *Markowitz* complaint was filed on January 29, 2010;

1 | WHEREAS, counsel for Defendant has duly accepted service of the Summonses and Complaints;

2 | WHEREAS, on February 4, 2010, the Parties stipulated: (a) that the *Silverstri* and *Markowitz* actions are related cases within the meaning of Local Civil Rule 3-12(a), (b) that under Federal Rule of Civil Procedure 42(a), the cases are consolidated for all purposes into one action, (c) that Plaintiffs shall file a Consolidated Complaint on or before March 9, 2010, and (d) that Defendant shall respond to the Consolidated Complaint on or before April 9, 2010;

3 | WHEREAS, on February 11, 2010, the Court so ordered the Stipulation;

4 | WHEREAS, on March 5, 2010, the Parties stipulated that Plaintiffs shall file a Consolidated Complaint on or before April 27, 2010, and that Defendant shall respond to the Consolidated Complaint on or before May 27, 2010;

5 | WHEREAS, on March 15, 2010, the Court so ordered the Stipulation;

6 | WHEREAS, the Parties are required to respond to the Initial Case Management Conference and ADR Order by April 23, 2010;

7 | WHEREAS, the Parties have been meeting and conferring and engaging in ongoing settlement discussions and such settlement discussions are continuing;

8 | WHEREAS, Plaintiffs have been diligently been working on the Consolidated Complaint but require an additional extension to receive expert input to finalize the Consolidated Complaint;

9 | WHEREAS the Parties also seek a short adjournment of the Initial Case Management Order deadlines; and

10 | WHEREAS, the parties seek to agree upon a revised schedule for the filing of a consolidated complaint;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiffs and Defendant, that:

1. The Plaintiffs shall file a Consolidated Complaint on or before May 25, 2010. Defendant shall respond to the Consolidated Complaint on or before June 24, 2010. Defendant has no obligation to respond to the current Complaints.

1  2. The Parties shall respond to the Initial Case Management Conference and ADR Order by May 28, 2010.

3  This stipulation is without prejudice to any other rights that any party may have.

Dated: April 21, 2010

| LAW OFFICES OF DAVID N. LAKE | COOLEY GODWARD KRONISH LLP |
|---|---|
| /s/ David N. Lake | /s/ Matthew D. Brown |
| David N. Lake (180775) | Matthew D. Brown (196972) |
| Attorneys for Plaintiffs DONALD SILVERSTRI, DAWN KEER, KIMBERLY MANCELLA, JILL SILVERMAN STRELZIN, CHRISTOPHER LEMOLE, ERIC MARKOWITZ, FRANK BLUEMENTHAL, LAUREN REESE, AND BILLY STERNBERG | Attorneys for Defendant FACEBOOK, INC. |

DAVID N. LAKE (180775)
(David@lakelawpc.com)
16130 Ventura Boulevard, Suite 650
Encino, California 91436
Telephone: (818) 788-5100
Fax: (818) 788-5199

LAURENCE D. PASKOWITZ
ROY L. JACOBS
ANGELICA KONTOROFF
PASKOWITZ & ASSOCIATES
60 East 42nd Street, 46th Floor
New York, NY 10165
Telephone: 212-685-0969
Fax: 212-685-2306
Classattorney@aol.com

   and

Brian M. Felgoise
FELGOISE LAW FIRM
261 Old York Rd.
P. O. Box 706
Jenkintown, PA 19046
Telephone: 215-886-1900
Fax: 215-886-1909
Felgoiselaw@verizon.net

Co-Lead Counsel for Plaintiffs

COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
MATTHEW D. BROWN (196972)
(brownmd@cooley.com)
101 California Street
5th Floor
San Francisco, CA  94111-5800
Telephone:    (415) 693-2000
Fax:          (415) 693-2222

Attorneys for Defendant
FACEBOOK, INC.

1  **[PROPOSED] ORDER**

2  The above stipulation having been considered and good cause appearing therefore,

3  **IT IS SO ORDERED.**

5  DATED: 4/22/10      _____
   The Honorable Jeremy Fogel
6  UNITED STATES DISTRICT JUDGE

1171459 v1/SF                4.         **STIP. & [PROPOSED] ORDER EXTENDING TIME**
                                         **C10-CV-00429 (JF)**

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation and [Proposed] Order.

Dated: April 21, 2010                    COOLEY GODWARD KRONISH LLP


By:  /s/ Matthew D. Brown
     Matthew D. Brown