COOLEY LLP  
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)  
MATTHEW D. BROWN (196972) (brownmd@cooley.com)  
101 California Street  
5th Floor  
San Francisco, CA  94111-5800  
Telephone:   (415) 693-2000  
Fax:             (415) 693-2222  

Attorneys for Defendant  
FACEBOOK, INC.

DAVID N. LAKE (180775) (David@lakelawpc.com)  
16130 Ventura Boulevard, Suite 650  
Encino, CA  91436  
Telephone:   (818) 788-5100  
Fax:             (818) 788-5199  

Attorney for Plaintiffs

**E-Filed 5/25/2010**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE FACEBOOK CONSUMER PRIVACY LITIGATION | Case No.  C10-cv-00429 (JF)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO FILE CONSOLIDATED COMPLAINT, DEFENDANT'S TIME TO ANSWER OR MOVE, AND PARTIES' TIME TO COMPLY WITH THE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |

This Stipulation is entered into by and among plaintiffs Donald Silverstri, Dawn Keer, Kimberly Mancella, Jill Silverman Strelzin, Christopher LeMole, Eric Markowitz, Frank Bluementhal, Lauren Reese, and Billy Sternberg (collectively, "Plaintiffs"), and defendant Facebook, Inc. ("Defendant") by and through their respective counsel.

1  WHEREAS, the *Silverstri* complaint was filed on January 29, 2010;

2  WHEREAS, the *Markowitz* complaint was filed on January 29, 2010;

3  WHEREAS, counsel for Defendant has duly accepted service of the Summonses and
4  Complaints;

5  WHEREAS, on February 4, 2010, the Parties stipulated: (a) that the *Silverstri* and
6  *Markowitz* actions are related cases within the meaning of Local Civil Rule 3-12(a), (b) that under
7  Federal Rule of Civil Procedure 42(a), the cases are consolidated for all purposes into one action,
8  (c) that Plaintiffs shall file a Consolidated Complaint on or before March 9, 2010, and (d) that
9  Defendant shall respond to the Consolidated Complaint on or before April 9, 2010;

10  WHEREAS, on February 11, 2010, the Court so ordered the Stipulation;

11  WHEREAS, on March 5, 2010, the Parties stipulated that Plaintiffs shall file a
12  Consolidated Complaint on or before April 27, 2010, and that Defendant shall respond to the
13  Consolidated Complaint on or before May 27, 2010;

14  WHEREAS, on March 15, 2010, the Court so ordered the Stipulation;

15  WHEREAS, on April 21, 2010, the Parties stipulated that Plaintiffs shall file a
16  Consolidated Complaint on or before May 25, 2010, that Defendant shall respond to the
17  Consolidated Complaint on or before June 24, 2010, and that the Parties would respond to the
18  Initial Case Management Order and ADR Order by May 28, 2010;

19  WHEREAS, on April 29, 2010, the Court so ordered the Stipulation;

20  WHEREAS, on April 29, 2010, the Court reset the Conference on the Initial Case
21  Management Order from May 14, 2010 to May 28, 2010;

22  WHEREAS, Plaintiffs have been diligently working on the Consolidated Complaint but
23  Laurence D. Paskowitz, the principal of one of the Co-Lead Counsel, recently had major surgery,
24  is recovering at home and cannot yet work full time, and, accordingly, Plaintiffs require a short
25  additional extension to complete the Consolidated Complaint;

26  WHEREAS, Plaintiffs will not seek any further extensions of this deadline;

27  WHEREAS the Parties also have agreed upon a briefing schedule for Defendant's
28  anticipated Motion to Dismiss the Complaint, and, accordingly, seek to reset the dates pertaining

to the Initial Case Management Order;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiffs and Defendant, that:

1. The Plaintiffs shall file a superseding Consolidated Complaint on or before June 8, 2010. Defendant shall move to dismiss, answer, or otherwise respond to the Consolidated Complaint on or before July 13, 2010. Defendant has no obligation to respond to the current Complaints. If Defendant files a Motion to Dismiss, Plaintiffs will file their Opposition to such Motion by August 10, 2010, and Defendant will file a Reply by August 27, 2010.

2. August 19, 2010 will be the last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan (Fed. R. Civ. Pro. 26(f) & ADR L.R. 3-5); file ADR certification signed by Parties and Counsel (Civil L.R. 16-8(b) & ADR L.R. 3-5(b)); and file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference (Civil L.R. 16-8(c) & ADR L.R. 3-5(b) & (c)).

3. September 2, 2010 will be the last day to file the Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per the Court's Standing Order re Contents of Joint Case Management Statement (Fed. R. Civ. Pro. 26(a)(1) & Civil L.R. 16-9).

4. Oral argument on any Motion to Dismiss filed by Defendant shall be heard on September 10, 2010, at 9:00 a.m. and the Case Management Conference shall be held on the same day, September 10, 2010, at 10:30 a.m.

This Stipulation is without prejudice to any other rights that any party may have.

1  Dated: May 19, 2010

2  LAW OFFICES OF DAVID N. LAKE                    COOLEY LLP

 /s/ David N. Lake                                  /s/ Matthew D. Brown
David N. Lake (180775)                             Matthew D. Brown (196972)
Attorneys for Plaintiffs DONALD                    Attorneys for Defendant
SILVERSTRI, DAWN KEER,                             FACEBOOK, INC.
KIMBERLY MANCELLA, JILL
SILVERMAN STRELZIN,
CHRISTOPHER LEMOLE, ERIC
MARKOWITZ, FRANK
BLUEMENTHAL, LAUREN REESE,
AND BILLY STERNBERG


DAVID N. LAKE (180775)                             COOLEY LLP
(David@lakelawpc.com)                              MICHAEL G. RHODES (116127)
16130 Ventura Boulevard, Suite 650                 (rhodesmg@cooley.com)
Encino, CA  91436                                  MATTHEW D. BROWN (196972)
Telephone:     (818) 788-5100                      (brownmd@cooley.com)
Fax:           (818) 788-5199                      101 California Street
                                                   5th Floor
Liaison Counsel for Plaintiffs                     San Francisco, CA  94111-5800
                                                   Telephone:     (415) 693-2000
LAURENCE D. PASKOWITZ                              Fax:           (415) 693-2222
ROY L. JACOBS
ANGELICA KONTOROFF                                 Attorneys for Defendant
PASKOWITZ LAW FIRM P.C.                            FACEBOOK, INC.
60 East 42nd Street, 46th Floor
New York, NY  10165
Telephone:     (212) 685-0969
Fax:           (212) 685-2306
Classattorney@aol.com

        and

Brian M. Felgoise
FELGOISE LAW FIRM
261 Old York Rd.
Suite 518
Jenkintown, PA  19046
Telephone:     (215) 886-1900
Fax:           (215) 886-1909
Felgoiselaw@verizon.net

Co-Lead Counsel for Plaintiffs

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | The above stipulation having been considered and good cause appearing therefore, |
| 3 | **IT IS SO ORDERED.** |

DATED: 5/25/2010

_____
The Honorable Jeremy Fogel
UNITED STATES DISTRICT JUDGE

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation and [Proposed] Order.

Dated: May 19, 2010                    COOLEY LLP


                                       By: /s/ Matthew D. Brown
                                           Matthew D. Brown